## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Jonathan Lee Watkins | ) | |
| | ) | CASE NO.  16-57528-LRC |
| DEBTOR | ) | |
| | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MELISSA J. DAVEY, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting the amount of $28246.00 to the Registry of the Clerk of the United States Bankruptcy Court on behalf of CITY OF ORANGE, 29 N DAY STREET , ORANGE, NJ, 07050, related to claim # 9. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

/s/

MELISSA J. DAVEY, TRUSTEE
STATE BAR NO. 206310

### CERTIFICATE OF SERVICE

This is to certify that I have this 21st day of December, 2017 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

CLARK & WASHINGTON, P.C.
3300 NORTHEAST EXPRESSWAY
BUILDING 3, SUITE A
ATLANTA, GA  30341

/s/

MELISSA J. DAVEY, TRUSTEE
STATE BAR NO. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
(678)510-1444